UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**LESLIE A. FARBER**
33 Plymouth Street, Suite 204
Montclair, NJ 07042
Ph. (973) 509-8500
LF:7810
Attorneys for Plaintiffs

| | |
|---|---|
| **NANCY ELLITHY and all others similarly situated,** | Case No.: 2:2012-cv-06209 |
| *Plaintiffs,* | Hon. Claire C. Cesshi, U.S.D.J. |
| vs. | CIVIL ACTION |
| **HEALTHCARE TRAINING INSTITUTE, INC., a New Jersey for-profit corporation, BASHIR MOHAMMAD, M.D., JOY CROWLEY, et al,** | ORDER GRANTING COUNSEL ADMISSION PRO HAC VICE |
| *Defendants.* | |

**THIS MATTER**, having been brought before the Court on the application of Leslie A. Farber LLC, attorney for Plaintiffs, for the admission pro hac vice of Jeffrey J. Antonelli, Esq. to appear on behalf of Plaintiffs as co-counsel, and the Court having considered the Certification submitted in support of said application, and good cause having been shown;

**IT IS** on this 19 day of Nov., 2012,

**ORDERED** that Jeffrey J. Antonelli, Esq., owner of Law Offices of Jeffrey J. Antonelli, Ltd. doing business as Antonelli Law, is hereby admitted pro hac vice to appear in this matter as co-counsel on behalf of Plaintiffs in accordance with, and pursuant to Local Civil Rule 101.1(c); and

1

**IT IS FURTHER ORDERED** that the above-named attorney is hereby required to abide by the Rules of the United States District Court for the District of New Jersey, including all disciplinary rules; and

**IT IS FURTHER ORDERED** that the above-named attorney is hereby required to notify this Court of any matter affecting his standing before the Bar of any Court; and

**IT IS FURTHER ORDERED** that the above-named attorney shall have all pleadings, briefs, and other papers submitted to the Court signed by an attorney of record authorized to practice before this Court, who shall be responsible for said attorney and for the conduct of the attorney admitted pro hac vice; and

**IT IS FURTHER ORDERED** that the above-named attorney shall make a payment to the New Jersey Lawyers' Fund for Client Protection as provided by Local Rule 101.1(c)(2) and New Jersey Rule 1:28-2(a) and the payment shall be in any year that the attorney continues to represent plaintiffs in this matter; and

**IT IS FURTHER ORDERED** that the above-named attorney shall make a payment of $150.00 payable to the Clerk, United States District Court; and

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon all counsel of record with seven (7) days of the date of this Order

_____
Hon. Joseph A. Dickson
United States Magistrate Judge