# HOMER BONNER JACOBS

1200 FOUR SEASONS TOWER
1441 BRICKELL AVENUE
MIAMI FLORIDA 33131

MARIA A. ACEVEDO *
YANIV ADAR *
RAYDA ALEMAN
GEORGE BEFELER
LUIS E. DELGADO
HOWARD S. GOLDFARB
PETER W. HOMER **
KEVIN P. JACOBS
PRISCILLA JIMENEZ
CHRISTOPHER J. KING
ADAM L. SCHWARTZ *
GREGORY J. TRASK ***
ANDREW VITALI, III ***

R. LAWRENCE BONNER
(1956 – 2007)

PHONE: (305) 350-5100
FAX: (305) 372-2738
EMAIL: info@homerbonner.com
WEBSITE: www.homerbonner.com

*    Also licensed in New York
**   Also licensed in Maryland
***  Also licensed in District of Columbia

SENDER'S DIRECT PHONE: (305) 350-5139
SENDER'S DIRECT FAX: (305) 982-0063
SENDER'S DIRECT EMAIL: phomer@homerbonner.com

September 15, 2014

**Via ECF Filing**
Hon. Mark Falk
United States District Court
   for the District of New Jersey
1 Federal Square, Room 457
Newark, New Jersey 07101

>    Re:    *Nancy Ellithy v. Healthcare Training Institute, Inc., et al.*,
>           Civil Action No. 2:12-cv-06209-CCC-JAD

Dear Magistrate-Judge Falk:

The undersigned, along with local counsel Joseph DeFuria of Gaccione Pomaco, PC, represent defendants Healthcare Training Institute, Inc., Bashir Mohammad, M.D., and Joy Crowley (collectively "Defendants"). The Court recently scheduled a telephone status conference in this case for Tuesday, September 23, 2014, at 3:00 p.m. [D.E. #58]. Unfortunately, the undersigned (Defendants' lead counsel) will be in a previously scheduled in-person arbitration hearing before the Financial Industry Regulatory Authority ("FINRA") from September 23 through and including September 26, 2014. *See* email from FINRA attached hereto as Exhibit A. As a result, Defendants respectfully request that the hearing be continued by one week.

Plaintiff's counsel, Leslie Farber, has advised that she is agreeable to the continuance, and that she too has a scheduling conflict.

Thank you for your attention to this matter.

Hon. Mark Falk, U.S.M.J.
September 15, 2014
Page 2

                                      Respectfully submitted,

                                      Peter W. Homer (*pro hac vice*)
                                      E-mail: phomer@homerbonner.com

cc:    Joseph DeFuria, Esq. (via ECF and e-mail)
        Leslie A. Farber, Esq. (via ECF and e-mail)
        Jeffrey J. Antonelli, Esq. (via ECF and e-mail)

HOMER BONNER JACOBS

**From:** Hart, Janet [mailto:Janet.Hart@finra.org]
**Sent:** Wednesday, August 20, 2014 10:08 AM
**To:** Gregory Trask; Peter Homer; scd@acallforjustice.com
**Subject:** 11-04237 James W. Mahan vs. Bank of America, N.A. and Banc of America Investment Services, Inc.



TO:   Sean C. Domnick, Esq.
      Peter W. Homer, Esq.
      Gregory J Trask, Esq.
      Shobha Nagaprasanna
      Jonathan Parker
      Jeffrey Roth

From: Janet Hart
      Logistical Assistant

Subject: FINRA Dispute Resolution Arbitration Number 11-04237 James W. Mahan vs. Bank of America, N.A. and Banc of America Investment Services, Inc.

Date: August 20, 2014

This letter is to confirm that the next hearing session in the above-captioned matter will be held on:

### September 23, 2014 at 09:30 AM Eastern Time Zone

### At

### Regus, 801 Brickell Avenue, 9th Floor
### One Brickell Square
### Miami, FL 33131
### 305-372-0220

Additional hearing session(s) are scheduled on:
      September 24, 2014, September 25, 2014, September 26, 2014.

If you have any questions, please do not hesitate to contact me at 561-362-7910 or by email at Janet.Hart@finra.org.

JEH:jeh:LC03A idr: 06/16/2014


EXHIBIT A

RECIPIENTS:

    Sean C. Domnick, Esq., Domnick & Shevin PL, 5100 PGA Blvd., Suite 317, Palm Beach Gardens, FL 33418
        On Behalf Of: James W. Mahan

    Peter W. Homer, Esq., Homer Bonner, 1200 Four Seasons Tower, 1441 Brickell Avenue, Miami, FL 33131
        On Behalf Of: Banc of America Investment Services, Inc

    Gregory J Trask, Esq., Homer Bonner, 1200 Four Seasons Tower, 1441 Brickell Avenue, Suite 1200, Miami, FL 33131
        On Behalf Of: Bank of America, N.A.

    Shobha Nagaprasanna

    Jonathan Parker

    Jeffrey Roth

Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you