|  |  |  |
|---|---|---|
| ROBERT A. GACCIONE<br>FRANK POMACO<br>DENNIS E. GAGLIONE<br>ALDO DITROLIO<br><br>MARK A. WENCZEL<br>ANTHONY G. DEL GUERCIO | **GACCIONE POMACO**<br>A PROFESSIONAL CORPORATION<br>524 UNION AVENUE<br>P.O. BOX 96<br>BELLEVILLE, NEW JERSEY 07109<br>(973) 759-2807<br>TELEFAX: (973) 759-6968 | MICHAEL J. PIROMALLI<br>STEVEN M. AHRENDT<br>Of Counsel<br><br>LESLIE W. FINCH<br>(1973-2000) |

March 2, 2015

William T. Walsh, Clerk
United States District Court
50 Walnut Street
Newark, New Jersey 07101

   *Re:*  *Nancy Ellithy and all others similarly situated v. Healthcare Training Institute, Inc, et al.*
     *Civil Action No. 2:12-cv-06209-CCC-JAD*

Dear Mr. Walsh:

  This firm represents the defendants with respect to the above-referenced matter.

  Joseph A. DeFuria, Esq. has been the attorney of the firm responsible for this matter. Please be advised that Mr. DeFuria is no longer employed by this firm and I am hereby entering my appearance as the responsible attorney of record for this matter on behalf of the Defendants.

  Accordingly, I am requesting the removal of Mr. DeFuria's and his secretary's email addresses from the CCC-MF electronic notice list, and the inclusion of my name and email address on the list for electronic notification of court filings.

  Thank you for your assistance.

              Respectfully,

              /s/ Mark A. Wenczel

              MARK A. WENCZEL
              E-mail: mwenczel@gpmlegal.com

MAW/dk

cc:  Honorable Claire C. Cecchi, U.S.D.J.
   Honorable Mark Falk, U.S.M.J.
   Leslie A. Farber, Esq. (e-mail)
   Jeffrey J. Antonelli, Esq. (via e-mail)
   Peter Homer, Esq. (via e-mail)
   Healthcare Training Institute (via e-mail)

{00360652}