# HOMER BONNER JACOBS

1200 FOUR SEASONS TOWER
1441 BRICKELL AVENUE
MIAMI FLORIDA 33131

MARIA A. ACEVEDO *
YANIV ADAR *
RAYDA ALEMAN
GEORGE BEFELER
LUIS E. DELGADO
HOWARD S. GOLDFARB
PETER W. HOMER **
KEVIN P. JACOBS
PRISCILLA JIMENEZ
CHRISTOPHER J. KING
ADAM L. SCHWARTZ *
GREGORY J. TRASK ***
ANDREW VITALI, III ***

R. LAWRENCE BONNER
(1956 – 2007)

PHONE: (305) 350-5100
FAX: (305) 372-2738
EMAIL: info@homerbonner.com
WEBSITE: www.homerbonner.com

\*      Also licensed in New York
\*\*    Also licensed in Maryland
\*\*\*  Also licensed in District of Columbia

SENDER'S DIRECT PHONE: (305) 350-5139
SENDER'S DIRECT FAX: (305) 982-0063
SENDER'S DIRECT EMAIL: phomer@homerbonner.com

March 16, 2015

**Via ECF Filing and Facsimile**
Hon. Mark Falk
United States District Court
  for the District of New Jersey
1 Federal Square, Room 457
Newark, New Jersey 07101
Fax: 973-645-3097

Re:   *Nancy Ellithy v. Healthcare Training Institute, Inc., et al.*,
       Civil Action No. 2:12-cv-06209-CCC-JAD

Dear Magistrate-Judge Falk:

The undersigned is lead counsel for defendants Healthcare Training Institute, Inc., Bashir Mohammad, M.D., and Joy Crowley (collectively "Defendants") in this matter. The Court recently re-scheduled an in-person case management and settlement conference for Wednesday, March 18, 2015, at 10:00 a.m. [D.E. #66]. Unfortunately, the undersigned (Defendants' lead counsel) is ill with the flu, and also needs to tend to his wife who will be having cataract surgery the day before the hearing and will need to be driven to follow-up medical examinations this week. As a result, Defendants respectfully request that the hearing be continued by at least one week.

Plaintiff's local counsel, Leslie Farber, has indicated that she is agreeable to the continuance. Her co-counsel, Jeffrey Antonelli, advised that, while he is agreeable to the continuance, he is unavailable next week and would therefore ask that the continuance be for thirty (30) days. Defendants are also agreeable to a thirty (30) day continuance.

Thank you for your attention to this matter.

Hon. Mark Falk, U.S.M.J.
March 16, 2015
Page 2

                                             Respectfully submitted,

                                             Peter W. Homer (*pro hac vice*)
                                             E-mail: phomer@homerbonner.com

cc:    Mark A. Wenczel, Esq. (via ECF and e-mail)
        Leslie A. Farber, Esq. (via ECF and e-mail)
        Jeffrey J. Antonelli, Esq. (via ECF and e-mail)