# LESLIE A. FARBER, LLC

ATTORNEYS AT LAW

ACADEMY SQUARE
33 PLYMOUTH STREET, SUITE 204
MONTCLAIR, NEW JERSEY 07042-2607
973.509.8500 x 213
973.860.1174 (fax)

E-mail: LFarber@LFarberLaw.com
Web page: www.LFarberLaw.com

May 12, 2015

*via ECF*

Hon. Mark Falk, U.S.M.J.
United States District Court - District of New Jersey
50 Walnut Street
Newark, NJ 07102

  Re: **Nancy Ellithy, and all others similarly situated, v. Healthcare Training Institute, Inc., et al**
    **Civil Action No. 2:12-cv-06209-CCC-JAD**
    **• Case management / settlement conference May 26, 2015**

Dear Judge Falk:

Jeffrey Antonelli, Esq., and I represent the plaintiffs in this case. Concerning the above referenced case management and settlement conference, at the time this event was scheduled I did not realize that this is the same date I am scheduled to be sworn in to practice before the U.S. Supreme Court in Washington, D.C. Therefore, I am writing to request that this conference be rescheduled. All parties consent to this request with the following dates agreeable to all: June 23, June 24, July 1 .

          Very truly yours,
          LESLIE A. FARBER, LLC

          _____
     By: Leslie A. Farber

LAF:beg

  cc: Peter Homer, Esq. *(via ECF)*
     Mark A. Wenczel, Esq. *(via ECF)*
     Jeffrey Antonelli, Esq. *(via ECF)*