UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**LESLIE A. FARBER, LLC**
33 Plymouth Street, Suite 204
Montclair, New Jersey 07042
Ph. (973) 509-8500

**LAW OFFICE OF JEFFREY J. ANTONELLI, LTD.**
30 North LaSalle Street, Suite 3400
Chicago, IL 60602
Ph. (312) 201-8310
Attorneys for Plaintiff

| | |
|---|---|
| **NANCY ELLITHY,**<br><br>                          *Plaintiff,*<br>             v.<br><br>**HEALTHCARE TRAINING INSTITUTE, INC., BASHIR MOHAMMAD, M.D., JOY CROWLEY, et al,**<br><br>                          *Defendants*. | Civil Action No. 2:12-cv-06209-CCC-MF<br><br><u>CIVIL ACTION</u> |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE, plaintiff hereby voluntarily dismisses defendants from this action with prejudice. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), defendants have neither answered plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith, plaintiff consents to the Court having its case closed for administrative purposes.

                                                            LESLIE A. FARBER, LLC
                                                            Attorneys for Plaintiff

                                          By:      /s/ Leslie A. Farber
Dated:  March 21, 2016                              Leslie A. Farber

1

|  |  |  |
|---|---|---|
|  |  | LAW OFFICE OF JEFFREY J. ANTONELLI, LTD. |
|  | By: | /s/ Jeffrey J. Antonelli |
| Dated: March 21, 2016 |  | Jeffrey J. Antonelli *(pro hac vice)* |
|  |  | 30 North LaSalle Street, Suite 3400 |
|  |  | Chicago, IL 60602 |
|  |  | Tel. 312/201-8310 |

CERTIFICATION OF SERVICE

I hereby certify that on March 21, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

|  |  |
|---|---|
|  | /s/ Leslie A. Farber |
| Dated: March 21, 2016 | Leslie A. Farber |